UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. Case Number: '08 MJ 1431 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 21, U.S.C., Sections 952 and 960 Importation of a Controlled Substance |
| INSUNZA, Miguel | |
| Defendant, | |

The undersigned complaint being duly sworn states:

On or about May 6, 2008, within the Southern District of California, Miguel INSUNZA, did knowingly and intentionally import approximately 4.38 kilograms, a schedule II narcotic into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of fact, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
SPECIAL AGENT
U.S. IMMIGRATION & CUSTOMS ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 7th DAY OF MAY 2008.

MAGISTRATE JUDGE

**DEFENDANT: INSUNZA, Miguel**

# STATEMENT OF FACTS

On May 6, 2008, CBP Officer Elsa Medina was assigned to Otay Mesa, California, Port of Entry lane #10. At approximately 0425 hours, a maroon 2001 Toyota Camry bearing CA/US 4RPH374 approached her lane. The driver and only occupant, Miguel INSUNZA presented Medina a United States Passport (#711412576) bearing the name Miguel INSUNZA and gave two negative customs declarations. INSUNZA also stated that he was going to work in San Diego doing landscaping. Officer Medina noticed a strong deodorizer odor emitting from inside the vehicle. Officer Medina also noticed no gardening tools anywhere inside the vehicle. Officer Medina asked INSUNZA who the vehicle belong to. INSUNZA stated that the vehicle belong to him but he was not the registered owner. INSUNZA then added that he had purchased the vehicle six months ago but had not registered it yet. Due to inconsistencies in INSUNZA'S story Officer Medina referred INSUNZA to secondary for further inspection. At secondary CBP Officer Vincent Nguyen performed a 7-point inspection and found a hidden compartment in the rear bumper of the vehicle. INSUNZA was then detained and escorted to the security office. Officer Nguyen then contacted CEO D. O'Connor and was asked to search the vehicle with his K-9 "Rexo". During the search "Rexo" alerted to the presence of a narcotic odor emitting from the rear bumper. Further inspection of the rear bumper revealed 5 packages of a crystalline substance with an aggregate weight of 4.38 kilograms wrapped in cellophane. One randomly selected package was field tested and resulted in a positive indication for the presence of methamphetamine.

On 05/06/2008, at approximately 0855 hours a video-recorded interview in English and Spanish of the defendant was conducted in the presence of ICE Special Agents William Pena and Dan Duff. INSUNZA was advised of his Miranda rights in the presence of said agents, waived his rights, and executed a written waiver which indicated that he agreed to answer questions without a lawyer present. During the interview, INSUNZA stated that he knew there were drugs in the vehicle. INSUNZA stated that on May 5, 2008, at approximately 1100 hours he met an unknown Hispanic male in Tijuana, Baja California, Mexico. INSUNZA stated that the unknown male was going to pay him $300.00 (USD) to smuggle 2 to 3 kilograms of marijuana concealed in a vehicle from Tijuana, Baja California, Mexico into San Ysidro, Ca. On May 6, 2006, at approximately 0300 hours, INSUNZA picked up the vehicle from the unknown male near his residence. INSUNZA was instructed to drive the vehicle a 2001 Toyota Camry to a Burger King parking lot located in San Ysidro, CA. INSUNZA was arrested at Otay Mesa Port of Entry for violation of Title 21, United States Code, Sections 952 and 960, Unlawful Importation of a Controlled Substance. INSUNZA was booked into the Metropolitan Correctional Center, San Diego, CA.