1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org

6 Attorneys for Mr. Enriquez-Gallegos

8                    UNITED STATES DISTRICT COURT

9                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,      ) Case No. 08mj1431
   |                                )
12 |         Plaintiff,              )
   |                                )
13 | v.                              )
   |                                ) **NOTICE OF APPEARANCE**
14 | **MIGUEL INSUNZA,**             )
   |                                )
15 |         Defendant.              )
   |_____)

       Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record in the above-captioned case.

                                    Respectfully submitted,

Dated: May 8, 2008                   s/ *Michelle Betancourt*
                                    **MICHELLE BETANCOURT**
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Defendant
                                    michelle_betancourt@fd.org